# SUSAN S. SOUSSAN, P.C.
MEDIATION · ARBITRATION · LITIGATION

1330 POST OAK BOULEVARD
SUITE 2880
HOUSTON, TEXAS 77056
EMAIL
susan@soussan-adr.com

SUSAN S. SOUSSAN
FORMER TEXAS DISTRICT JUDGE

TELEPHONE (713) 961-2880
FACSIMILE (713) 961-2886

December 20, 2013

Mr. David Bradley
Clerk, U.S. District Court
515 Rusk Street
Houston, Texas 77002

      RE:    Cause No. 4:13-CV-675; *Robert Stuart v. Fire-Dex, LLC*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Bradley:

Please be advised that the parties in the above-referenced matter mediated with me on December 20, 2013. I am pleased to report that as a result of mediation, a settlement was achieved that was mutually acceptable to all parties. The attorneys are in the process of drafting final settlement documents and a final order of disposition should be submitted to the Court in the near future.

Enclosed is the original and one copy of the ADR Memorandum to Clerk of Court. Should you have any questions, please do not hesitate to contact me.

                  Sincerely,

                  Susan S. Soussan

SSS/va
Enclosure