IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT STUART** | § § | |
| v. | § § | Case No. 4:13-cv-675 |
| **FIRE-DEX, LLC** | § § § | |

## ORDER ON AGREED MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the parties' Agreed Motion and Stipulation of Dismissal with Prejudice, the Court hereby:

**GRANTS** the Agreed Motion and Stipulation and ORDERS this case is DISMISSED WITH PREJUDICE, each party to bear its own costs.

SIGNED on January 13, 2014.

_____
HON. LEE ROSENTHAL
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


_/s/ Jarrett L. Ellzey_
Jarrett L. Ellzey
Attorney in Charge
State Bar No. 24040864
Federal Bar No. 37369
E-Mail: jarrett@crafthugheslaw.com

W. Craft Hughes
State Bar No. 24046123
Federal Bar No. 566470
E-Mail: craft@crafthugheslaw.com

**Hughes Ellzey, LLP**
Galleria Tower I
2700 Post Oak Blvd., Ste. 1120
Houston, TX 77056
Phone (713) 554-2377
Fax (888) 995-3335

*Attorneys for Plaintiff*
*Robert Stuart*


_/s/ Charles Daughtry_
Charles Daughtry
Attorney in Charge
State Bar No. 05409410
Federal ID No. 7441
E-Mail: cdaughtry@daughtryjordan.com

**Daughtry & Jordan, P.C.**
17044 El Camino Real
Houston, Texas 77010
Telephone: (281) 480-6888
Facsimile: (281) 461-0132

*Attorneys for Defendant*
*Fire-Dex, LLC*